IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
DELTAPACK, INC.,                       )
                                       )
       Plaintiff,                      )
                                       )
       v.                              )  1:10CV591
                                       )
JUNGLE GROWTH, LLC,                    )
                                       )
       Defendant/Counter Claimant,     )
                                       )
v.                                     )
                                       )
DELTAPACK INC., ANA RIEVERS            )
and JORGE RIEVERS,                     )
                                       )
       Counterclaim Defendants.        )
```

**ORDER**

On July 23, 2012, the United States Magistrate Judge's Recommendation was filed, and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by section 636.

Therefore, the court need not make a <u>de</u> <u>novo</u> review, and the Magistrate Judge's Recommendation (Doc. 50) is hereby adopted.

IT IS THEREFORE ORDERED that Defendant Jungle Growth's Motion to Dissolve Attachment or Increase Amount of Bond (Doc. 11) is GRANTED to the extent that the bond amount is increased to $25,000.00, and that Defendant Jungle Growth's Motion for

Reduction of Attachment Amount (Doc. 26) is DENIED WITHOUT PREJUDICE to it being re-filed following the close of discovery.

IT IS FURTHER ORDERED that the Motion to Dismiss filed by Counterclaim Defendants Ana Rievers Machovec and Jorge Rievers (Doc. 42) is DENIED.  However, the Clerk is directed to modify the caption of this action to reflect Jorge Rievers and Ana Rievers Machovec as Counterclaim Defendants only and not as Plaintiffs.

/s/ Thomas D. Schroeder
United States District Judge

August 10, 2012