IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
DELTAPACK, INC.,                         )
                                         )
     Plaintiff/Counterclaim Defendant,   )
                                         )
          v.                             )   1:10-cv-591
                                         )
JUNGLE GROWTH, LLC,                      )
                                         )
     Defendant/Counter Claimant,         )
                                         )
          v.                             )
                                         )
ANA RIEVERS MACHOVEC, and                )
JORGE RIEVERS,                           )
                                         )
     Counterclaim Defendants.            )
```

### **ORDER**

On June 17, 2013, the United States Magistrate Judge's Recommendation was filed, and notice was served on the parties pursuant to 28 U.S.C. § 636. Defendant Jungle Growth, LLC ("Jungle Growth") filed objections on June 26, 2013. (Doc. 122.) Deltapack, Inc. ("Deltapack"), Ana Rievers Machovec, and Jorge Rievers filed a response to the objections on July 15, 2013. (Doc. 126.)

The court has reviewed those portions of the Magistrate Judge's Recommendation to which Defendant has objected and made a de novo determination. The court finds that the objections do not alter the substance of the Magistrate Judge's Recommendation, which is therefore adopted.

IT IS THEREFORE ORDERED that Jungle Growth's Motion for Summary Judgment and for Release of the Attachment and Bond (Doc. 74) is DENIED, that the Motion for Summary Judgment by Counterclaim Defendants Deltapack, Ana Rievers Machovec, and Jorge Rievers as to Jungle Growth's counterclaims for fraud and unfair or deceptive trade practices (Doc. 76) is GRANTED.

>                                 /s/   Thomas D. Schroeder
>                                 United States District Judge

July 29, 2013